HARRY D. AUSTRIAN, DEFENDANT IN ERROR, v. JULIUS
LAUBHEIM, PLAINTIFF IN ERROR.

Argued June 29, 1910—Decided November 14, 1910.

On error to the Supreme Court, whose opinion is reported
in 49 *Vroom* 178.

For the plaintiff in error, *Merritt Lane* and *Harry Lane.*

For the defendant in error, *Warren Dixon.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, TRENCHARD,
BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH,
VROOM, DILL, CONGDON, JJ. 11.

*For reversal*—None.